DAVID B. BARLOW, United States Attorney (#8821)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone:   (801) 524-5682
Facsimile:   (801) 325-3269

FILED
U.S. DISTRICT COURT
2014 FEB 19  ᗡ 12: 21
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHON P. RONCHETTI,<br><br>Defendant. | INDICTMENT<br><br>VIO. COUNT 1, 18 U.S.C. § 844 (e),<br>MALICIOUSLY CONVEYING FALSE<br>INFORMATION REGARDING THE<br>USE OF EXPLOSIVES<br><br>Case: 2:14cr00090<br>Assigned To : Waddoups, Clark<br>Assign. Date : 2/19/2014<br>Description: USA v. |

The Grand Jury charges:

COUNT 1

(Maliciously Conveying False Information Regarding the Use of Explosives)
18 U.S.C. § 844(e)

On or about October 6, 2013, in the Central Division of the District of Utah,

**JONATHON P. RONCHETTI,**

1

the defendant herein, through the use of an instrument of interstate or foreign commerce, that is, a computer, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt to be made to unlawfully damage and destroy a building and other real or personal property, specifically, the National Security Agency (NSA) Data Center, located in Bluffdale, Utah, by means of fire and explosives, in and affecting interstate or foreign commerce; all in violation of Title 18 U.S.C. § 844 (e).

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

DAVID B. BARLOW
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney